| | |
|---|---|
| 1 | **MELMED LAW GROUP P.C.** |
| 2 | Jonathan Melmed (SBN 290218) |
|   | jm@melmedlaw.com |
| 3 | Kyle D. Smith (SBN 280489) |
|   | ks@melmedlaw.com |
| 4 | 1801 Century Park East, Suite 850 |
|   | Los Angeles, California 90067 |
| 5 | Phone: (310) 824-3828 |
|   | Fax: (310) 862-6851 |
| 6 | |
| 7 | Attorneys for Plaintiff and the Putative Class |
| 8 | [*Additional Counsel Listed on the Next Page*] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO MARQUEZ PEREZ, an individual, on behalf of himself and all others similarly situated, | Case Number: 4:24-cv-08810-JST |
|   | [Proposed] Order Granting Joint Stipulation to Dismiss Entire Action Without Prejudice |
| Plaintiff, | |
| v. | |
| PATRICK J RUANE INC, a California Corporation; and DOES 1 TO 50, | |
| Defendants. | |

1

**LITTLER MENDELSON, P.C.**
Richard N. Hill (SBN 083629)
rhill@littler.com
101 Second Street, Suite 1000
San Francisco, California 94105
Phone: (415) 433-1940
Fax: (415) 399-8490

Nathaniel H. Jenkins (SBN 312067)
njenkins@littler.com
Lauren J. Orozco (SBN 332880)
lorozco@littler.com
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Phone: (916) 830-7200
Fax: (916) 561-0828

Attorneys for Defendant Patrick J. Ruane Inc.

[P~~ROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court GRANTS the Parties' request and hereby orders as follows:

1. This case is hereby dismissed in its entirety, without prejudice.
2. Each party shall bear its own costs, fees, and expenses, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
United States District Court Judge